No. 72–5516. OCHOA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5524. MAGEE v. NELSON, WARDEN. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 72–5533. ARVIN v. SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 72–5534. ALBERT v. WYOMING. C. A. 10th Cir. Certiorari denied.

No. 72–5544. KWITEK v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–5548. PORTER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–5551. ANDREWS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 72–5554. CRATIC v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 72–5559. STAFFORD v. N. A. A. EMPLOYEES FEDERAL CREDIT UNION ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–5577. PAYNE v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 72–5579. BEKENY ET UX. v. WANDSCHNEIDER, EXECUTOR, ET AL. C. A. 2d Cir. Certiorari denied.

No. 72–5587. RITCH ET AL. v. TARRANT COUNTY HOSPITAL DISTRICT. Sup. Ct. Tex. Certiorari denied.

No. 72–254. NEIL, WARDEN v. VENABLE. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.